ANW
F.# 2013R00823

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

In the Matter of the Search of:

THE PREMISES KNOWN AND
DESCRIBED AS THE STORE SET
FORTH IN ATTACHMENT A
AND CLOSED AND LOCKED
CONTAINERS THEREIN

------------------------------X

P R O P O S E D   O R D E R

16-M-145 (SMG)

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Alicia N. Washington, for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

      WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           6/4_____, 2019

                                        HONORABLE CHERYL L. POLLAK
                                        UNITED STATES MAGISTRATE JUDGE
                                        EASTERN DISTRICT OF NEW YORK